# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 24-03062-CR-MDH-01 |
| DOUGLAS JOSEPH SHUMNY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Defendant's Motion to Suppress (Doc. 90), the Government's Suggestions in Opposition to Defendant's Motion to Suppress (Doc. 107), the Report and Recommendation of United States Magistrate Judge (Doc. 123), and Defendant's objection to the report and recommendation (Doc. 128). The motion is ripe for review.

After a careful and independent review of the parties' submissions, the transcript from the suppression hearing, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 123) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. 90).

**IT IS SO ORDERED.**

DATED: March 4, 2025

                                          */s/ Douglas Harpool*
                                          **DOUGLAS HARPOOL**
                                          **UNITED STATES DISTRICT JUDGE**